**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6966**

HARRY WALKER, a/k/a Musa Aquil,

Plaintiff - Appellant,

versus

MORGAN E. SCOTT, JR.; BRETT BRAUMBAUGH, Postal
Inspector; VIRGINIA POLICE DEPARTMENT, South
Boston; MR. GRANT, New York District Attorney
in charge of case 552-95; R. S. PULLIAM,
Major; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (7:05-cv-00010-jct)

Submitted: September 25, 2006      Decided: October 18, 2006

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harry Walker, Appellant Pro Se. Sara Bugbee Winn, OFFICE OF THE
UNITED STATES ATTORNEY, Roanoke, Virginia; Carlene Booth Johnson,
PERRY LAW FIRM, PC, Dillwyn, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry Walker appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2000) and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Walker v. Scott</u>, No. 7:05-cv-00010-jct (W.D. Va. May 4, 2006). Walker's motions for general relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>